UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MELISSA BENTON,

                        Plaintiff,                        **ORDER**

     v.                                                        25-CV-4807
                                                             (Donnelly, J.)
ARAMARK,                                             (Marutollo, M.J.)

                        Defendant.
-----------------------------------------------------------------------x

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

      On August, 26 2025, *pro se* Plaintiff Melissa Benton filed a complaint against Defendant Aramark (Dkt. No. 1) and an application to proceed *in forma pauperis* (Dkt. No. 2).

      Plaintiff's application to proceed *in forma pauperis,* Dkt. No. 2, is **GRANTED**.

      The Clerk of Court is directed to issue summonses against Defendant, and the United States Marshals Service is directed to serve the summons, complaint, and a copy of this Order upon Defendant without prepayment of fees.

      The Clerk of Court is further directed to send a copy of this Order to the *pro se* Plaintiff.

Dated:     Brooklyn, New York                   **SO ORDERED.**
             September 2, 2025

                                                     */s/ Joseph A. Marutollo*
                                                     JOSEPH A. MARUTOLLO
                                                     United States Magistrate Judge